United States District Court

Eastern District of California

Jeffrey M. Brousseau,

      Plaintiff,

vs.

Ed McNair, et al.,

      Defendants.

No. Civ. S 05-1474 RRB PAN P

Order

-oOo-

    Plaintiff is a state prisoner without counsel who complains his civil rights were violated by his parole officer. October 26, 2005, plaintiff moved for leave to "amend" his complaint to allege that on September 27, 2005, parole agent T. Nguyn harassed plaintiff's parents. These allegations concern events that "have happened since the date of the pleading sought to be supplemented." Fed. R. Civ. P. 15(d). Whether to permit such supplemental pleading is within this court's discretion.

    The allegations do not make out any new injury to plaintiff.

1  In addition, plaintiff did not lodge a supplemental complaint
2  "complete in itself without reference to the prior or superseded
3  pleading."  L. R. 15-220.  Accordingly, plaintiff's request is
4  denied.
5       So ordered.
6       Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge