IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY M. BROUSSEAU,

    Plaintiff,                        No. CIV S-05-1474 RRB PAN P

    vs.

ED McNAIR, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* seeking relief pursuant to 42 U.S.C. § 1983. On January 24, 2006, the court found plaintiff failed to state a claim and recommended this action be dismissed. Plaintiff has filed objections asserting he intends to state a claim defendants placed arbitrary conditions on his parole, causing plaintiff's separation from his child.

        The court finds the second-amended complaint states a colorable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(d). See Lee v. City of Los Angeles, 250 F.3d 668 (9th Cir. 2001) (allegations that defendants through their intentional and reckless conduct violated plaintiff's right to the association, companionship and society of her son stated a claim for relief).

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 24, 2006, findings and recommendations are vacated;

2. Service is appropriate for Greg Lee, Kathi DeLacruz, Ed McNair, and T. Nguyn.

3. The Clerk of the Court is directed to send to plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the second-amended complaint filed January 3, 2006;

4. Within 30 days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each defendant listed in number 2 above; and

    c. Five copies of the endorsed complaint filed January 3, 2006; and

5. Plaintiff shall not attempt service on defendants and shall not request waiver of service. See Fed. R. Civ. P. 4(c)(2). Upon receipt of the above-described documents, the court will direct the United States Marshal to serve all process on the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

DATED: March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\brou1474.vac f&r svc okay

2