IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY M. BROUSSEAU,

    Plaintiff,        No. CIV S-05-1474 RRB PAN P

  vs.

ED McNAIR, et al.,

    Defendants.      <u>ORDER</u>

_____/

      Defendants McNair, Nguyen, Lee and DeLaCruz have requested an extension of time to file and serve an answer to plaintiff's January 3, 2006 amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' June 22, 2006 request for an extension of time is granted; and

    2. Defendants shall file and serve an answer to plaintiff's January 3, 2006 amended complaint on or before August 9, 2006.

DATED: July 20, 2006.

                            /s/ signature
                        UNITED STATES MAGISTRATE JUDGE

/mp/001
brou1474.36