# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY M. BROUSSEAU,

    Plaintiff,

vs.

ED McNAIR, et al.,

    Defendants.

No. 2:05-CV-1474-RRB-EFB-P

**ORDER**

Plaintiff Jeffrey M. Brousseau ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On November 13, 2006, Magistrate Judge Edmund F. Brennan filed Findings & Recommendations (Docket No. 30) herein, which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days. Neither party has filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:05-CV-1474-RRB-EFB-P

1    The Court has reviewed the file and finds the Findings &
2 Recommendations (Docket No. 30) to be supported by the record and
  by proper analysis.
3        Accordingly, **IT IS HEREBY ORDERED** that:
4        1.   The Findings & Recommendations at **Docket No. 30**,
5 filed on November 13, 2006, are adopted in full; and
6        2.   This action is **DISMISSED** without prejudice.  <u>See</u>
7 Local Rules 11-110; and Fed. R. Civ. P. 41(b).
8        **ENTERED** this 8th day of January, 2007.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:05-CV-1474-RRB-EFB-P